Nicole G. True, Bar No. 12879
NTrue@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Tel:      602.262.5389
Fax:     602.262.5747

Attorneys for Plaintiff
New York Life Insurance and Annuity Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LAUREEN A. PASTORELLO; MICHAEL W. GREGOR; KIMBERLY E. GREGOR SCOTT; and KEVIN W. GREGOR,<br><br>Defendants. | CASE NUMBER 2:20-cv-00951-GMN-BNW<br><br>**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND ACTION PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)** |

Pursuant to F.R.C.P. 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff New York Life Insurance and Annuity Corporation ("NYLIAC") and Defendant Laureen A. Pastorello, the only parties who have appeared in the action, through their respective undersigned counsel, hereby give notice that the captioned action, including all counterclaims and cross-claims asserted therein, is voluntarily dismissed with prejudice, without further fees or costs to any party.

/./././

/./././

/./././

/./././

/./././

/./././

112370163.1

DATED this 23rd day of September, 2020.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | DAWSON LORDAHL |
|---|---|
| By: */s/ Nicole G. True* | By: */s/ Elizabeth Brickfield* |
| Nicole G. True, Bar No. 12879 | Elizabeth Brickfield, Bar No. 6236 |
| NTrue@lrrc.com | ebrickfield@dlnevadalaw.com |
| 201 East Washington Street, Suite 1200 | 8925 West Post Road, Suite 210 |
| Phoenix, AZ  85004 | Las Vegas, Nevada 89148 |
| Tel.: 602.262.5311 | (p) 702.476.0037 |
| Fax: 602.262.5747 | (f) 702.476.6442 |
|  | *Attorneys for Defendant Laureen A. Pastorello* |
| Attorneys for Plaintiff New York Life Insurance and Annuity Corporation | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Elizabeth Brickfield        ebrickfield@dlnevadalaw.com


　　　　　　　　　　　　　　　　　　/s/ Kathleen A. Topczewski


**IT IS SO ORDERED.**
Dated this  5   day of October, 2020.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT